**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

Stillwater Liquidating LLC,

                       Plaintiff-Appellant,

            -against-

Net Five at Palm Pointe, LLC; Net Five Holdings LLC;
Planet Five Development Group LLC; Net Five South
Beach LLC; Net Five at Kings Hotel LLC; Net Five at
Hallandale LLC; Boggy Creek Villas, LLC; Net Five East
Lyme, LLC; Net Five-FDA at Islamorada, LLC; 1888
Boggy Creek Road, LLC; Planet Five at Gerova LLC;
Paul Rohan; Eric Halter; Paradigm Credit Corporation;
Saunders Capital LLC; Calhoun Commercial Construction
LLC; Judge Street Realty LLC; SFN Dekalb Holdings LLC;
Memphis Blues Acquisition Group, LLC; Shreeji
Hospitality of Charlotte, LLC; Redrock Kings, LLC;
John R. Daniel, III; Yvette Daniel; Stephen J. McDonald;
Vicki McDonald; CL RP Stonecrest LLC; 335 Washington
Avenue ó Miami Beach LLC; 347 Washington Avenue ó
Miami Beach LLC; and Alma Bank,

                       Defendant-Appellees.

-------------------------------------------------------------------------x

Bankruptcy Case No.
12-14140 (MEW)

Adv. Proc. No.
14-2245 (MEW)

No. 16-cv-08883 (ER)

(Hon. Edgardo Ramos)

## NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE** that defendant-appellee Paradigm Credit Corporation

appears in the above-captioned appeal, by its counsel, McLaughlin & Stern, LLP, and

hereby requests that copies of all notices and pleadings given or required to be given and

all papers served or required to be served in the above-captioned appeal be given to and

served upon:

527560.1

Brian J. Grieco, Esq.
McLaughlin & Stern, LLP
1010 Northern Boulevard, Suite 400
Great Neck, New York  11021
Telephone:  (516) 829-6900
Facsimile:  (516) 829-6966
bgrieco@mclaughlinstern.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, application, proposed order, motion, petition, pleading, complaint, demand, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise filed or made with regard to this appeal, which may affect or seek to affect any rights or interests of any party to this appeal.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the name and address set forth above be added to the mailing matrix in this case.

Dated:  January 26, 2017

McLAUGHLIN & STERN, LLP


By:     /s/ Brian J. Grieco
          Brian J. Grieco
1010 Northern Boulevard, Suite 400
Great Neck, New York  11021
 (516) 829-6900

*Attorneys for Paradigm Credit Corporation*

2

527560.1